■ JACQUES DOMETIS, Appellant, v DONALD PONGNON et al., Respondents. [657 NYS2d 939] —Appeal by the plaintiff from an order of the Supreme Court, Kings County (Barasch, J.), dated February 14, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Barasch at the Supreme Court. Mangano, P. J., Pizzuto, Krausman and Luciano, JJ., concur.